Same case below, 625 F.3d 1359.

**No. 10-1503. John C. Rezner, Petitioner v. Bayerische Hypo-Und Vereinsbank AG, et al.**

565 U.S. 825, 132 S. Ct. 115, 181 L. Ed. 2d 40, 2011 U.S. LEXIS 5384.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 630 F.3d 866.

**No. 10-1504. James W. White, Petitioner v. Hitachi, Ltd., et al.**

565 U.S. 825, 132 S. Ct. 115, 181 L. Ed. 2d 40, 2011 U.S. LEXIS 5434.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 404 Fed. Appx. 502.

**No. 10-1505. Orange County, California, et al., Petitioners v. Souhair Khatib.**

565 U.S. 825, 132 S. Ct. 115, 181 L. Ed. 2d 40, 2011 U.S. LEXIS 5320.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 639 F.3d 898.

**No. 10-1506. Dean Lee Rector, Petitioner v. Shirlee Harry Warren, Warden.**

565 U.S. 825, 132 S. Ct. 116, 181 L. Ed. 2d 40, 2011 U.S. LEXIS 5258.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-1507. Dean Rea, Petitioner v. Federated Investors.**

565 U.S. 825, 132 S. Ct. 116, 181 L. Ed. 2d 40, 2011 U.S. LEXIS 5234.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 627 F.3d 937.

**No. 10-1508. Azam Ansari, Petitioner v. NCS Pearson, Inc., dba Pearson VUE, et al.**

565 U.S. 825, 132 S. Ct. 116, 181 L. Ed. 2d 40, 2011 U.S. LEXIS 5298,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 407 Fed. Appx. 984.

**No. 10-1509. Kelly S. Jennings, Petitioner v. Social Security Administration.**

565 U.S. 825, 132 S. Ct. 116, 181 L. Ed. 2d 40, 2011 U.S. LEXIS 5531.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 388 Fed. Appx. 988.